UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

JASON ALTHEIDE,

Plaintiff

v.

SILBER, et al.,

Defendants

Case No. 2:26-cv-01462-GMN-EJY

VOLUNTARY DISMISSAL ORDER

## I. DISCUSSION

Plaintiff previously filed an application to proceed *in forma pauperis* and submitted a first amended civil rights complaint ("FAC") under 42 U.S.C. § 1983. (ECF Nos. 1, 5.) The Court has not yet screened the FAC.

Plaintiff now files a motion to withdraw his § 1983 complaint. (ECF No. 6). The Court construes this request as a motion for voluntary dismissal. Under Federal Rule of Civil Procedure 41(a)(1), a plaintiff may dismiss an action without a court order by filing "a notice of dismissal before the opposing party serves either an answer or a motion for summary judgment." Fed. R. Civ. P. 41(a)(1)(A)(i). The Court grants Plaintiff's motion to voluntarily dismiss this action because no responsive pleading has been filed in this case. As such, the Court dismisses this action without prejudice.

## II. CONCLUSION

It is therefore Ordered that the Motion to Withdraw Complaint (ECF No. 6) is granted.

It is further Ordered that this action is dismissed in its entirety without prejudice.

The Clerk of the Court is kindly directed to close the case.

DATED: August 14, 2026.

Gloria M. Navarro, Judge
United States District Court